CIVIL ACTION  COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER
CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV11766556 | D1 CM | 18316071 |

Rule 4 (B) Ohio

Rules of Civil Procedure

JAMES COLLIER  ET AL
VS
NVR MORTGAGE FINANCE INC.  ET AL

PLAINTIFF

DEFENDANT

## SUMMONS

NVR MORTGAGE FINANCE INC
C/O CSC LAWYERS INC SERVICE - S/A
50 W. BROAD STREET STE 1800
COLUMBUS OH 43215-0000

You have been named defendant in a complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on:

Plantiff's Attorney

SCOTT D. PERLMUTER
SKYLIGHT OFFICE TOWER
1660 WEST 2ND ST., SUITE 950
CLEVELAND, OH 44113-0000

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, Judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

PETER J CORRIGAN
Do not contact judge. Judge's name is given for attorney's reference only.

GERALD E. FUERST
Clerk of the Court of Common Pleas

| DATE |
|---|
| Oct 18, 2011 |

By_____
Deputy

COMPLAINT FILED  10/12/2011



CMSN130

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| JAMES COLLIER ) | CASE NO. |
| 6288 Whitetail Run ) | |
| Oakwood, Ohio 44146 ) | |
| ) | JUDGE |
| and ) | |
| ) | |
| VANESSA COLLIER ) | |
| 6288 Whitetail Run ) | **COMPLAINT** |
| Oakwood, Ohio 44146 ) | |
| ) | **(Jury Demand Endorsed Hereon)** |
| and ) | |
| ) | |
| ROBERT POTTS ) | |
| 6282 Whitetail Run ) | |
| Oakwood, Ohio 44145 ) | |
| ) | |
| and ) | |
| ) | |
| MARY POTTS ) | |
| 6282 Whitetail Run ) | |
| Oakwood, Ohio 44145 ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| NVR MORTGAGE FINANCE, INC. ) | |
| c/o Statutory Agent CSC-Lawyers ) | |
| Incorporating Service ) | |
| 50 W. Broad Street, Suite 1800 ) | |
| Columbus, Ohio 43215 ) | |
| ) | |
| and ) | |
| ) | |
| NVR, INC. d/b/a RYAN HOMES ) | |
| c/o Statutory Agent CSC-Lawyers ) | |
| Incorporating Service ) | |
| 50 W. Broad Street, Suite 1800 ) | |
| Columbus, Ohio 43215 ) | |
| ) | |
| Defendants. ) | |

Plaintiffs James and Vanessa Collier and Robert and Mary Potts state for their Complaint against Defendant as follows:

1. At all times relevant, Plaintiffs James and Vanessa Collier were a married couple, who purchased a home at 6288 Whitetail Run in Oakwood, Ohio, within Cuyahoga County on or about October 17, 2011.

2. At all times relevant, Plaintiffs Robert and Mary Potts were a married couple, who purchased a home at 6282 Whitetail Run in Oakwood, Ohio, within Cuyahoga County on or about October 18, 2011.

3. At all times relevant, Defendants NVR Mortgage Finance, Inc. and NVR, Inc. dba Ryan Homes were corporate entities, licensed by the State of Ohio, which were involved in the construction, finance and sale of new homes in the State of Ohio, and which were involved in the construction, finance and sale of Plaintiffs' homes at 6288 Whitetail Run, Oakwood, Ohio and 6282 Whitetail Run, Oakwood, Ohio.

4. Upon information and belief, Defendant NVR Mortgage Finance, Inc. is a wholly owned subsidiary of NVR, Inc.

5. Representatives from Defendants acted as agents for all of the Plaintiffs in the negotiation and purchase of the properties at 6288 Whitetail Run, Oakwood, Ohio and 6282 Whitetail Run, Oakwood, Ohio, respectively, and all actions of those representatives were committed with the actual or apparent authority of Defendants.

### COUNT I

6. Plaintiffs incorporate paragraph 1 through 4 of this Complaint as if fully rewritten herein.

7. During the negotiation and sale of the properties at and 6282 Whitetail Run, Oakwood, Ohio, respectively, Defendants, through their respective agents, operatives and/or employees, made the following intentional misrepresentations and/or deliberate omissions in communications with all of the Plaintiffs:

   a. Falsely failing to fully and adequately disclose the relationship between Defendants;

   b. Falsely informing Plaintiffs that certain incentives could be obtained only by dealing with associated entities in connection with improvements to the property; and

   c. Providing Plaintiffs with false and misleading information regarding property taxes on the property.

8. The false statements referenced above were made with the purpose of inducing Plaintiffs to purchase the properties at 6288 and 6282 Whitetail Run, Oakwood, Ohio.

9. Plaintiffs did rely on Defendants' false representations in purchasing their home at 6288 and 6282 Whitetail Run, Oakwood, Ohio, and such representations were material to their respective decisions to purchase the homes at 6288 and 6282 Whitetail Run, Oakwood, Ohio.

10. Plaintiffs' reliance on these representations caused them harm in the form of financial damage, an inability to pay for their home and emotional distress related to these financial damages.

11. Defendants' actions referenced herein further reflect a willful disregard for the rights of Plaintiffs, entitling Plaintiffs to an award of punitive damages.

WHEREFORE, Plaintiffs pray for the following relief:

(a) As to Plaintiffs James and Vanessa Collier, damages in excess of Twenty-Five Thousand Dollars ($25,000) in compensatory damages and Twenty-Five Thousand Dollars ($25,000) in punitive damages, as well as attorneys' fees, costs of this action and any other relief that this Court deems just and appropriate; and

(b) As to Plaintiffs Robert and Mary Potts damages in excess of Twenty-Five Thousand Dollars ($25,000) in compensatory damages and Twenty-Five Thousand Dollars ($25,000) in punitive damages, as well as attorneys' fees, costs of this action and any other relief that this Court deems just and appropriate.

Respectfully submitted,

WILLIAM J. NOVAK (0014029)
SCOTT D. PERLMUTER (0082856)
**Novak, Robenalt & Pavlik, L.L.P.**
Tower City Center
Skylight Office Tower
1660 West Second Street, Suite 950
Cleveland, Ohio 44113-1498
Phone: (216) 781-8700
Fax: (216) 781-9227
wnovak@nrplaw.com
sperlmuter@nrplaw.com

Attorneys for Plaintiffs

## JURY DEMAND

A jury pursuant to Civil Rule 38(B) is hereby demanded for all issues.

_____
SCOTT D. PERLMUTER (0082856)

## TO THE CLERK

PLEASE SERVE THE DEFENDANT AT THE ADDRESS LISTED IN THE CAPTION BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED.

_____
SCOTT D. PERLMUTER (0082856)







7196 9006 4921 8316 0718

**RETURN RECEIPT REQUESTED**
SHOWING TO WHOM, DATE AND ADDRESS WHERE DELIVERED

NVR MORTGAGE FINANCE INC
C/O CSC LAWYERS INC SERVICE - S/A
50 W. BROAD STREET STE 1800
COLUMBUS OH 43215-0000

FOLD BACK THEN TEAR OUT →

GERALD E. FUERST
CLERK OF COURTS
1200 ONTARIO STREET
CLEVELAND OH, 44113-0000

